IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. PADGETT, as Administrator of the Estate of John D. Padgett II, deceased, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) No. 04-cv-4078-JPG ) |
| JAMES MICHAEL RIDEN and THOMAS PERKINS, | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on review of plaintiff John D. Padgett's Amended Complaint (Doc. 58). The Court notes that the filing does not comply with the Federal Rules of Civil Procedure and/or Local Rules in the following ways:

• new material in the amended pleading is not underlined as required by Local Rule 15.1.

The Court firmly believes that "procedural rules are important and that infractions of those rules should not be tolerated by the courts. Otherwise, the rules themselves will not be taken seriously, and eventually they may exist in name only, honored in the breach." *Kovilic Constr. Co., Inc., v. Missbrenner*, 106 F.3d 768, 770 (7th Cir. 1997). Accordingly, the Court hereby **ORDERS** that the Amended Complaint (Doc. 58) be **STRICKEN** for failure to comply with the Federal Rules of Civil Procedure and/or the Local Rules, as noted above. The plaintiff shall have up to and including June 26, 2006, to file an amended pleading that conforms to the applicable rules.

**DATE:  June 21, 2006**                            s/ J. Phil Gilbert
                                                                        **Hon. J. Phil Gilbert**
                                                                        **U.S. District Court Judge**