UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. PADGETT, as Administrator of the Estate of John D. Padgett, II, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES MICHAEL RIDEN and THOMAS PERKINS,<br><br>        Defendants. | Case No. 04-cv-4078-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some matters and the jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant James Michael Riden and against plaintiff John D. Padgett, as administrator of the estate of John D. Padgett, deceased, on plaintiff's claims for false arrest in violation of the Fourth Amendment (Count I) and and on plaintiff's claim for malicious prosecution under Illinois law (Count V);

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Thomas Perkins and against plaintiff John D. Padgett, as administrator of the estate of John D. Padgett, deceased, on plaintiff's claims for false arrest in violation of the Fourth Amendment (Count II) and and on plaintiff's claim for malicious prosecution under Illinois law (Count VI); and

IT IS FURTHER ORDERED AND ADJUDGED that the claims of plaintiff John D. Padgett, as administrator of the estate of John D. Padgett, deceased, for malicious prosecution in violation of the Fourteenth Amendment due process clause (Counts III and IV) are dismissed with prejudice.

**DATED:**  June 25, 2007              NORBERT JAWORSKI

                                                       By:s/DeborahAgans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**